**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-2346

WILLIAM A. TACCINO; MARLENE M. TACCINO,

Plaintiffs – Appellants,

v.

LITTON LOAN SERVICING, LP; LASALLE BANK NATIONAL
ASSOCIATION; LARRY D. RICHMAN, CEO; KENNETH J. MACFADYEN,
a/k/a Kenneth J. MacFayden; MIRIAM S. FUCHS, a/k/a Marion
Fuchs,

Defendants – Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:09-cv-02994-RDB)

Submitted:  May 24, 2011                Decided:  June 6, 2011

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

William A. Taccino, Marlene M. Taccino, Appellants Pro Se.
Daniel J. Tobin, BALLARD SPAHR, LLP, Bethesda, Maryland; Michael
Thomas Cantrell, FRIEDMAN & MACFADYEN, PC, Baltimore, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William A. Taccino and Marlene M. Taccino seek to appeal the district court's order granting motions to dismiss filed by Defendants LaSalle Bank National Association, Larry D. Richman and Kenneth J. MacFadyen. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541, 545-46 (1949). The order the Taccinos' seek to appeal is neither a final order nor an appealable interlocutory or collateral order, as it disposes of fewer than all of the parties involved in this lawsuit. Accordingly, because this matter remains pending against Defendants Litton Loan Servicing, LP, and Miriam S. Fuchs, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2